IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SENSORMATIC ELECTRONICS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-760 (MN) |
| | ) | |
| GENETEC (USA) INC. and GENETEC INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO QUASH SUBPOENA OF NON-PARTY
## CARRIER GLOBAL CORPORATION

Defendants served Carrier Global Corporation ("Carrier") with a subpoena in this case on November 22, 2021 (*see* D.I. 78) and Carrier has informed defendants it intends to move to quash following the Court's letter briefing procedures. *See Roche Diabetes Care, Inc. v. Insulet Corporation*, Action No. C.A No. 20-825-MN (D. Del. July 13, 2021) (directing the parties to use the discovery procedures regarding motion to quash subpoena).

Defendants, however, did not respond to Carrier's most recent request to withdraw the subpoena, and it is unclear to Carrier if Defendants have Delaware counsel for the purposes of addressing this Motion to Quash who would have been able to join a call to chambers to request a discovery teleconference date. Carrier, therefore, files this Motion to Quash and supporting letter brief to avoid any doubt that it responded consistent with the parties' agreed extensions of the time to respond, and respectfully requests that the Court schedule a discovery dispute teleconference to address this Motion to Quash.

81376948.1

OF COUNSEL:

Jonathan Spivey
POLSINELLI PC
1000 Louisiana Street
Suite 6400
Houston, TX 77002
(713) 374-1600

January 11, 2022

POLSINELLI PC

/s/ Stephen J. Kraftschik
Stephen J. Kraftschik (#5623)
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
(302) 252-0924
skraftschik@polsinelli.com
*Attorneys for Non-Party Carrier Global Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 11, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>*Attorneys for Sensormatic Electronics, LLC* | BY ELECTRONIC MAIL |
| Jeffrey N. Costakos<br>Kadie M. Jelenchick<br>Kevin J. Malaney<br>FOLEY & LARDNER LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202-5306<br>(414) 271-2400<br>*Attorneys for Sensormatic Electronics, LLC* | BY ELECTRONIC MAIL |
| Daniel P. Flaherty<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 3000<br>Chicago, IL 60654-4762<br>(312) 832-4500<br>*Attorneys for Sensormatic Electronics, LLC* | BY ELECTRONIC MAIL |
| Jeremy D. Anderson<br>FISH & RICHARDSON P.C.<br>222 Delaware Ave., 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>janderson@fr.com<br>*Attorneys for Genetec (USA) Inc. and Genetec Inc.* | BY ELECTRONIC MAIL |

81376948.1

| | |
|---|---|
| Neil J. McNabnay<br>David B. Conrad<br>Ricardo J. Bonilla<br>Michael R. Ellis<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>njm@fr.com<br>conrad@fr.com<br>rbonilla@fr.com<br>ellis@fr.com<br>*Attorneys for Genetec (USA) Inc. and Genetec Inc.* | *BY ELECTRONIC MAIL* |

*/s/ Stephen J. Kraftschik*
───────────────────────────
Stephen J. Kraftschik (#5623)

2

81376948.1