IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSORMATIC ELECTRONICS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 20-760-MN |
| GENETEC (USA) INC. and GENETEC INC., | **JURY TRIAL DEMANDED** |
| Defendants. | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY AND NONINFRINGEMENT
OF U.S. PATENT NO. 9,463,954**

Defendants Genetec (USA) Inc. and Genetec Inc. ("Defendants") respectfully move, pursuant to Federal Rule of Civil Procedure 56, for entry of summary judgment. The grounds for this Motion are set forth in the Opening Brief in support thereof and filed contemporaneously herewith.

| | |
|---|---|
| Dated: May 26, 2022 | FISH & RICHARDSON P.C.<br><br>By: */s/Jeremy D. Anderson*<br>Jeremy D. Anderson (#4515)<br>222 Delaware Ave., 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070 (Telephone)<br>(302) 652-0607 (Facsimile)<br>1erson@fr.com<br><br>Neil J. McNabnay<br>David B. Conrad<br>Michael R. Ellis<br>Sarika Patel<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 (Telephone)<br>(214) 747-2091 (Facsimile)<br>mcnabnay@fr.com<br>conrad@fr.com<br>ellis@fr.com<br>patel@fr.com<br><br>***Counsel for Defendants***<br>***Genetec (USA) Inc. and Genetec Inc.*** |