## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSORMATIC ELECTRONICS, LLC, | |
| Plaintiff, | C.A. No. 20-760-GBW |
| v. | |
| GENETEC (USA) INC. and GENETEC INC., | |
| Defendants. | |

### ORDER

At Wilmington this 3rd day of January, 2023, for the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions for summary judgment with respect to U.S. Patent No. 7,307,652 (D.I. 119, 121, 123, and 125) are **DENIED**;

2. Defendants' Motion for Summary Judgment of Invalidity and Noninfringement of U.S. Patent No. 7,307,652 (D.I. 109) is **GRANTED**;

3. Defendants' Motion for Summary Judgment of Invalidity and Noninfringement of U.S. Patent No. 9,463,954 (D.I. 113) is **DENIED**;

4. Because the Memorandum Opinion is filed under seal, the parties shall meet and confer and, no later than January 12, 2023, submit a joint proposed redacted version. In the absence of a timely request compliant with applicable standards, the Court will unseal the entire Order; and

5. Defendant's Daubert Motion to Exclude the Testimony of Mr. Phillip Green (D.I. 117) remains under consideration by the Court.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE