

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
302 652 5070 main
302 652 0607 fax

January 12, 2023

**Jeremy D. Anderson**
Principal
jda@fr.com
302 778 8452  direct

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:    *Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc.*
       C.A. No. 1:20-cv-00760-MN (D. Del)

Dear Judge Williams:

Pursuant to the Court's January 3, 2023 Order (D.I. 247), the parties in the above-captioned action jointly submit the attached proposed redacted version of the January 3, 2023 Memorandum Opinion. Defendants have proposed, and Plaintiff does not oppose, the enclosed redactions.

We are available at the Court's convenience if Your Honor has any questions.

Respectfully,

*/s/ Jeremy D. Anderson*

Jeremy D. Anderson

cc:    All Counsel of Record (by CM/ECF and email)