IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSORMATIC ELECTRONICS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENETEC (USA) INC. and GENETEC INC., ) <br> ) <br> Defendants. ) | C.A. No. 20-760-GBW |

## [PROPOSED] FINAL JUDGMENT

**WHEREAS**, on June 5, 2020, Plaintiff Sensormatic Electronics, LLC ("Sensormatic") brought the above-captioned action against Defendants Genetec (USA) Inc. and Genetec Inc. (collectively, "Genetec"), alleging infringement of U.S. Patent Nos. 7,307,652 ("the '652 patent") (Count I) and 9,463,954 ("the '954 patent") (Count II);

**WHEREAS**, on August 13, 2020, Genetec raised counterclaims against the '652 patent for declaratory judgments of non-infringement (Count I), invalidity (Count II), and unenforceability (Count III), and, as against the '954 patent, non-infringement (Count IV) and invalidity (Count V);

**WHEREAS**, on May 26, 2022, the parties filed motions for summary judgment, including cross-motions on Genetec's invalidity challenge to the '652 patent based on the on-sale bar;

**WHEREAS**, on January 3, 2023, the Court granted Genetec's Motion for Summary Judgment of Invalidity and Non-Infringement of U.S. Patent No. 7,307,652 (D.I. 109) solely as to invalidity under the on-sale bar and otherwise denied as moot or declined to reach all other pending motions and grounds for summary judgment as to the '652 Patent (D.I. 246);

**WHEREAS**, in view of the January 3, 2023 summary judgment determination, Count I of Sensormatic's Complaint for infringement of the '652 Patent (D.I. 1) and Counts I and III of

1

Genetec's Counterclaims for declaratory judgments of non-infringement and unenforceability of the '652 Patent (D.I. 8) are moot;

**WHEREAS**, on January 13, 2023, Sensormatic executed a covenant not to sue regarding the '954 patent in favor of Genetec, its subsidiaries, and its customers; in view of said covenant, Sensormatic moved for voluntary dismissal of Count II of its Complaint under Fed. R. Civ. P. 41(a)(2) (D.I. 254) and for dismissal of Genetec's Counterclaim Counts IV and V under Fed. R. Civ. P. 12(b)(1) and 12(h)(3) for lack of subject matter jurisdiction (D.I. 255); and, on January 23, 2023, Genetec indicated its non-opposition to Sensormatic's motions to dismiss (D.I. 259); and

**WHEREAS**, on January 24, 2023, the Court granted Sensormatic's motions to dismiss (D.I. 254, 255) and dismissed with prejudice Sensormatic's Count II and Genetec's Counterclaim Counts IV and V (D.I. 261) regarding the '954 patent.

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:**

1. Final judgment is hereby entered in favor of Genetec on Count II of its Counterclaims (D.I. 8). Claims 1-19 and 25-28 of U.S. Patent No. 7,307,652 are declared invalid for having been on-sale within the meaning of pre-AIA 35 U.S.C. § 102(b) prior to the patent's critical date.

2. Counts I and II of Sensormatic's Complaint (D.I. 1), and Counts I, III, IV, and V of Genetec's Counterclaims (D.I. 8), are hereby DISMISSED WITH PREJUDICE.

Dated: 2/8/2023

_____
The Honorable Gregory B. Williams

Dated: February 7, 2023

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FISH & RICHARDSON P.C. |
| /s/ *Anne Shea Gaza* | /s/ *Jeremy D. Anderson* |
| Anne Shea Gaza (No. 4093) | Jeremy D. Anderson (No. 4515) |
| Samantha G. Wilson (No. 5816) | 222 Delaware Ave., 17th Floor |
| Rodney Square | Wilmington, DE 19801 |
| 1000 N. King Street | (302) 652-5070 |
| Wilmington, DE 19801 | janderson@fr.com |
| (302) 571-6600 | |
| agaza@ycst.com | Neil J. McNabnay |
| swilson@ycst.com | David B. Conrad |
| | Michael R. Ellis |
| *Of counsel*: | Sarika Patel |
| | 1717 Main Street, Suite 5000 |
| FOLEY & LARDNER LLP | Dallas, Texas 75201 |
| Jeffrey N. Costakos | (214) 747-5070 |
| Kadie M. Jelenchick | mcnabnay@fr.com |
| Kevin J. Malaney | conrad@fr.com |
| 777 East Wisconsin Avenue | ellis@fr.com |
| Milwaukee, WI 53202-5306 | patel@fr.com |
| (414) 271-2400 | |
| jcostakos@foley.com | *Attorneys for Defendants* |
| kjelenchick@foley.com | *Genetec (USA) Inc. and Genetec Inc.* |
| kmalaney@foley.com | |
| | |
| Daniel P. Flaherty | |
| 321 North Clark Street, Suite 3000 | |
| Chicago, IL 60654-4762 | |
| (312) 832-4500 | |
| dflaherty@foley.com | |
| | |
| *Attorneys for Plaintiff Sensormatic Electronics, LLC* | |