# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SENSORMATIC ELECTRONICS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-760-GBW ) |
| GENETEC (USA) INC. and GENETEC INC., | ) ) |
| Defendants. | ) |

**SENSORMATIC'S TRIAL WITNESS LIST**

Plaintiff Sensormatic Electronics, LLC hereby identifies the witnesses whom it may call at trial, either live or by deposition. For witnesses who may be called by deposition, designations are attached as **Exhibit ____** to the Proposed Pre-Trial Order.

1. Jason Ouellette (in person)

2. Daniel van der Weide (in person)

3. Alan Bovik (in person)

4. Raymond Broemmelsiek (by deposition)

5. Philip Green (in person)

6. Mortimer Hubin (in person or by deposition)

7. Florian Matusek (by deposition)

8. Francis Cona (by deposition, counter-designation only)

9. Evan Sotiriou (by deposition, counter-designation only)

10. Dean Small (by deposition, counter-designation only)

Sensormatic reserves the right to call anyone appearing on Genetec's witness list. Sensormatic reserves the right to revise this list as necessary in light of the Court's decisions on any claim construction issue or any summary judgment or evidentiary motion.