# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| SENSORMATIC ELECTRONICS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GENETEC (USA) INC. and GENETEC INC., <br><br> Defendants. | C.A. No. 20-760-GBW |

## **DEFENDANTS' INITIAL WITNESS LIST**

Defendants Genetec (USA) Inc. and Genetec Inc. (collectively, "Genetec") serve the following list of witnesses that they intend to call at trial.[1]

| WITNESS | (A) WILL CALL (LIVE) | (B) WILL CALL (DEPO) | (C) MAY CALL (LIVE) | (D) MAY CALL (DEPO) |
|---|---|---|---|---|
| Mortimer Hubin | X |  |  |  |
| Rene-Michel Paquet | X |  |  |  |
| Jason Ouellette |  | X |  |  |
| Scott Stout |  | X |  |  |
| Jon Halpern | X |  |  |  |
| Nisha Mody | X |  |  |  |

Genetec reserves the right to modify, amend, or supplement this list prior to or during trial based on case developments including, but not limited to, the right to: (1) not call some of the witnesses listed above; (2) call live or by deposition as its witnesses at trial any witness identified on Plaintiff's witness lists; (3) call live any witness necessary to authenticate or lay the foundation

---

[1] These disclosures are made in view of the Court's order granting Genetec's Motion for Summary Judgment on Invalidity of U.S. Patent No. 7,307,652 (*See* D.I. 246 and 247). In addition, Genetec reserves the right to call all witnesses whose deposition testimony has been designated in lieu of designations, in the event those witnesses attend the trial in person.

for the introduction of documents to which Plaintiff objects (including, but not limited to, custodians of records or authors of prior art); (4) add additional witnesses to testify live or by deposition; (5) introduce deposition testimony as impeachment evidence or in rebuttal; or (6) change a witness from a live witness to a witness testifying by deposition, and vice versa.

Genetec further reserves the right to supplement or modify this list if (1) any further depositions are taken in this matter, or (2) in response to rulings by the Court, including any rulings on motions. Genetec includes in this list, individuals who may be listed on Plaintiff's witness list without prejudice to its right to object to Plaintiff's presentation of those witnesses at trial, the admissibility of all or part of those witnesses' testimony, or its right to move for the exclusion of those witnesses' testimony.

Dated: January 6, 2023

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*
     Jeremy D. Anderson (#4515)
     222 Delaware Ave., 17th Floor
     Wilmington, DE 19801
     (302) 652-5070 (Telephone)
     (302) 652-0607 (Facsimile)
     janderson@fr.com

     Neil J. McNabnay
     David B. Conrad
     Michael R. Ellis
     Sarika Patel
     FISH & RICHARDSON P.C.
     1717 Main Street, Suite 5000
     Dallas, Texas 75201
     (214) 747-5070 (Telephone)
     (214) 747-2091 (Facsimile)
     mcnabnay@fr.com
     conrad@fr.com
     ellis@fr.com
     patel@fr.com

*Counsel for Defendants*
*Genetec (USA) Inc. and Genetec Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on January 6, 2023, the foregoing document was served electronically on all counsel of record in this case.

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (#4515)