# EXHIBIT 3

## GENETEC (USA) INC. and GENETEC INC.  ITEMIZED LIST OF COSTS

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1. Fees of the clerk and marshal | | |
|     A.    Fees of the clerk | | |
|     B    Fees for service of summons and subpoena | | |
| | | SECTION 1 TOTAL: $0 |
| 2. Fees for printed or electronically recorded transcripts necessarily obtained for use in this case | | |
|     A.  Deposition Transcripts | | |
| 11/10/2021 | Deposition transcript of Francis A. Cona – TSG Reporting | 2,972.80 |
| 11/10/2021 | Deposition video of Francis A. Cona – TSG Reporting | 825.00 |
| 11/16/2021 | Deposition transcript of Dean Small – TSG Reporting | 1,525.40 |
| 11/16/2021 | Deposition video of Dean Small – TSG Reporting | 595.00 |
| 11/30/2021 | Deposition transcript of Evan Sotiriou – TSG Reporting | 1,431.10 |
| 11/30/2021 | Deposition video of Evan Sotiriou – TSG Reporting | 595.00 |
| 12/14/2021 | Deposition transcript of Scott Stout – TSG Reporting | 1,089.00 |
| 12/14/2021 | Deposition video of Scott Stout – TSG Reporting | 605.00 |
| 12/16/2021 | Deposition transcript of Jason Ouellette – TSG Reporting | 4,464.50 |
| 12/16/2021 | Deposition video of Jason Ouellette – TSG Reporting | 1,427.50 |
| 12/17/2021 | Deposition transcript of Jason Ouellete – TSG Reporting | 2,081.20 |
| 12/17/2021 | Deposition video of Jason Ouellette – TSG Reporting | 1,060.00 |
| 12/22/2021 | Deposition transcript of Raymond Broemmelsiek – TSG Reporting | 2,794.50 |
| 12/22/2021 | Deposition video of Raymond Broemmelsiek – TSG Reporting | 1,012.50 |

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 1/31/2022 | Deposition transcript of Mortimer Hubin – Veritext | 2,016.25 |
| 2/03/2022 | Deposition transcript of Florian Matusek – Veritext | 1,982.45 |
| 2/18/2022 | Deposition video of Mortimer Hubin – Veritext | 1,000.00 |
| 5/13/2022 | Deposition video of Alan Bovik – TSG Reporting | 1,232.50 |
| 5/16/2022 | Deposition transcript of Alan Bovik – TSG Reporting | 4,338.70 |
| 5/19/2022 | Deposition Transcript of Philip Green – TSG Reporting | 2,073.85 |
| 5/19/2022 | Deposition video of Philip Green – TSG Reporting | 952.50 |
| 5/19/2022 | Deposition transcript of Daniel Van der Weide – TSG Reporting | 1,813.30 |
| 5/19/2022 | Deposition video of Daniel Van der Weide – TSG Reporting | 1,091.25 |
| 5/20/2022 | Deposition transcript of Eli Saber – Veritext | 2,017.66 |
| 5/24/2022 | Deposition transcript of Jon B. Halpern – Veritext | 1,178.45 |
| 5/25/2022 | Deposition transcript of Nisha Mody – Veritext | 709.00 |
| 5/25/2022 | Deposition video of Nisha Mody – Veritext | 475.00 |
| 6/16/2022 | Deposition video of Jon B. Halpern – Veritext | 475.00 |
| 12/30/2022 | Sync of deposition video of Florian Matusek – Veritext | 100.00 |
| 7/27/2022 | Deposition video of Florian Matusek – Veritext | 665.00 |
| | | Sub-total:  $44,599.41 |
| B.  Hearing Transcripts | | |
| | | |
| | | Subtotal:  $0 |
| | | **SECTION 2 TOTAL: $44,599.41** |
| 3.   Fees and disbursements for printing | | |

| INVOICE DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30/2021 | Litigation support vendor – Key Discovery – for deposition of Jason Ouellette | 5,589.25 |
| 5/06/2022 | Litigation support vendor – Quantum LS – for deposition of Daniel Van der Weide | 5,036.57 |
| | | |
| | | |
| | **SECTION 3 TOTAL: $10,625.82** | |

| 4.   Fees for Witnesses |
|---|
| **SECTION 4 TOTAL: $0** |

| 5.   Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in this case | |
|---|---|
| | |
| **SECTION 5 TOTAL: $0** | |

| 6.   Docket fees under 28 U.S.C. 1923 |
|---|
| **SECTION 6 TOTAL: $0** |

| 7.   Costs as shown on Mandate of Court of Appeals |
|---|
| **SECTION 7 TOTAL: $0** |

| 8.   Compensation of court appointed experts |
|---|
| **SECTION 8 TOTAL: $0** |

| 9.   Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 |
|---|
| **SECTION 9 TOTAL: $0** |

| 10. Other costs |
|---|
| **SECTION 10 TOTAL: $0** |

| | |
|---|---|
| | |
| SECTION 1 TOTAL | $0 |
| SECTION 2 TOTAL | $44,599.41 |
| SECTION 3 TOTAL | $10,625.82 |
| SECTION 4 TOTAL | $0 |
| SECTION 5 TOTAL | $0 |
| SECTION 6 TOTAL | $0 |
| SECTION 7 TOTAL | $0 |
| SECTION 8 TOTAL | $0 |
| SECTION 9 TOTAL | $0 |
| SECTION 10 TOTAL | $0 |
| **TOTAL** | **$55,225.23** |

3