# EXHIBIT 4

# TSG REPORTING

**Worldwide - 24 Hours**
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 11/10/2021
**INVOICE #:** 2064490
**JOB #:** 201005
**CLIENT MATTER:** 46700-0005LL1

| | |
|---|---|
| **BILL TO:** | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **SHIP TO:** | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **CASE:** | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| **WITNESS:** | Francis A. Cona |
| **JOB DATE:** | 10/27/2021 |
| **LOCATION:** | TELEPHONIC, Tampa, FL, 33601, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Francis A. Cona** | | | | |
| Original & 1 Certified Transcript | 1 | 180 | $4.95 | $891.00 |
| Certified Transcript Sold Discount | 1 | 180 | ($0.25) | ($45.00) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription | 1 | 180 | $2.75 | $495.00 |
| Rough Transcript | 1 | 180 | $2.25 | $405.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 934 | $0.20 | $186.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Hour - Video Recorded Telephonic | 5 | | $120.00 | $600.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $2,932.80 |
| | | | SHIPPING & HANDLING | $40.00 |
| | | | TOTAL | $2,972.80 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.