# EXHIBIT 6

**Invoice Issued by TSG Reporting, Inc.**

**INVOICE DATE:** 11/16/2021
**INVOICE #:** 2065040
**JOB #:** 201007
**CLIENT MATTER:** 46700-0005LL1

| BILL TO: | Fish & Richardson P.C.<br>c/o Michael Ellis<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
|---|---|
| SHIP TO: | Fish & Richardson P.C.<br>c/o Michael Ellis<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| CASE: | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| WITNESS: | Dean Small |
| JOB DATE: | 11/2/2021 |
| LOCATION: | TELEPHONIC, St. Louis, MO, 63105, US |
| NOTES: | |

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Dean Small** | | | | |
| Original & 1 Certified Transcript | 1 | 98 | $5.15 | $504.70 |
| Certified Transcript Sold Discount | 1 | 98 | ($0.25) | ($24.50) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription | 1 | 98 | $1.95 | $191.10 |
| Rough Transcript | 1 | 98 | $1.85 | $181.30 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 84 | $0.20 | $16.80 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 6 | $1.00 | $6.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Hour - Video Recorded Telephonic | 3 | | $70.00 | $210.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $1,485.40 |
| | | | SHIPPING & HANDLING | $40.00 |
| | | | TOTAL | $1,525.40 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.    Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708    Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.