# EXHIBIT 10

**Invoice Issued by TSG Reporting, Inc.**

INVOICE DATE: 12/16/2021
INVOICE #: 2067924
JOB #: 203096
CLIENT MATTER: 46700-0005LL1

| BILL TO: | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
|---|---|
| SHIP TO: | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| CASE: | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| WITNESS: | Jason Ouellette |
| JOB DATE: | 11/30/2021 |
| LOCATION: | 111 Huntington Avenue, Suite 2600, Boston, MA, 02199-7610, US |

NOTES:

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Jason Ouellette** | | | | |
| Original & 1 Certified Transcript | 1 | 272 | $4.95 | $1,346.40 |
| Certified Transcript Sold Discount | 1 | 272 | ($0.25) | ($68.00) |
| Original Transcript - Early AM Pages | 1 | 29 | $2.00 | $58.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Local Real-time Transcription | 2 | 272 | $1.95 | $1,060.80 |
| Rough Transcript | 1 | 272 | $1.75 | $476.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 239 | $0.20 | $47.80 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 766 | $1.00 | $766.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $165.00 | $330.00 |
| Reporter Appearance Fee / Early AM Session - Video Recorded, Remote | 1 | | $247.50 | $247.50 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $4,414.50 |
| | | | SHIPPING & HANDLING | $50.00 |
| | | | **TOTAL** | **$4,464.50** |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.   Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.