# EXHIBIT 12

# TSG REPORTING
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**

**INVOICE DATE:** 12/17/2021
**INVOICE #:** 2068316
**JOB #:** 203097
**CLIENT MATTER:** 46700-0005LL1

| | |
|---|---|
| **BILL TO:** | Fish & Richardson P.C.<br>c/o Michael Ellis<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **SHIP TO:** | Fish & Richardson P.C.<br>c/o Michael Ellis<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **CASE:** | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| **WITNESS:** | Jason Ouellette 30(b)(6) |
| **JOB DATE:** | 12/1/2021 |
| **LOCATION:** | 111 Huntington Avenue, Suite 2600, Boston, MA, 02199-7610, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Jason Ouellette 30(b)(6)** | | | | |
| Original & 1 Certified Transcript | 1 | 180 | $4.95 | $891.00 |
| Certified Transcript Sold Discount | 1 | 180 | ($0.25) | ($45.00) |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Local Real-time Transcription | 1 | 180 | $1.95 | $351.00 |
| Rough Transcript | 1 | 180 | $1.75 | $315.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 961 | $0.20 | $192.20 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 7 | $1.00 | $7.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Session - Video Recorded Telephonic | 2 | | $165.00 | $330.00 |
| | | | **SUBTOTAL** | $2,041.20 |
| | | | **SHIPPING & HANDLING** | $40.00 |
| | | | **TOTAL** | $2,081.20 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.     Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.