# EXHIBIT 16

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
**INVOICE DATE:** 12/22/2021
**INVOICE #:** 2068622
**JOB #:** 203717
**CLIENT MATTER:** 46700-0005LL1

**BILL TO:** Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**SHIP TO:** Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**CASE:** Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc.
**WITNESS:** Raymond Broemmelsiek
**JOB DATE:** 12/9/2021
**LOCATION:** TELEPHONIC, San Diego, CA, 91942, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Raymond Broemmelsiek** | | | | |
| Original & 1 Certified Transcript | 1 | 234 | $4.75 | $1,111.50 |
| Certified Transcript Sold Discount | 1 | 234 | ($0.25) | ($58.50) |
| Original Transcript - Early AM Pages | 1 | 41 | $2.00 | $82.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $45.00 | $0.00 |
| Remote Real-time Transcription | 1 | 234 | $1.55 | $362.70 |
| Rough Transcript | 1 | 234 | $1.50 | $351.00 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 184 | $0.20 | $36.80 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 9 | $1.00 | $9.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Hour - Video Recorded Telephonic | 6 | | $60.00 | $360.00 |
| Reporter Appearance Fee / Early AM Hour - Video Recorded Telephonic | 1 | | $90.00 | $90.00 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| | | | SUBTOTAL | $2,744.50 |
| | | | SHIPPING & HANDLING | $50.00 |
| | | | TOTAL | $2,794.50 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.   Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.