# EXHIBIT 17

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 12/22/2021
**INVOICE #:** 2068623
**JOB #:** 203717
**CLIENT MATTER:** 46700-0005LL1

**BILL TO:** Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**SHIP TO:** Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**CASE:** Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc.
**WITNESS:** Raymond Broemmelsiek
**JOB DATE:** 12/9/2021
**LOCATION:** TELEPHONIC, San Diego, CA, 91942, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Raymond Broemmelsiek** | | | | |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Early AM Rate | 1 | | $442.50 | $442.50 |
| Videographer - Additional Hours | 6 | | $95.00 | $570.00 |
| | | | SUBTOTAL | $1,012.50 |
| | | | TOTAL | $1,012.50 |

THANK YOU FOR YOUR BUSINESS!

Please make all checks payable to: TSG Reporting Inc.   Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit. If you have any questions, please call TSG.