# EXHIBIT 18

# Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Ellis |
| | Fish & Richardson PC |
| | 1717 Main St |
| | Suite 5000 |
| | Dallas, TX, 75201-7321 |

| Invoice #: | 5545205 |
|---|---|
| Invoice Date: | 1/31/2022 |
| Balance Due: | $2,016.25 |

| Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN) | Proceeding Type: Depositions |
|---|---|

Job #: 5033729  |  Job Date: 1/19/2022  |  Delivery: Normal

| Location: | Chicago, IL |
|---|---|
| Billing Atty: | Michael Ellis |
| Scheduling Atty: | Kevin J. Malaney | Foley & Lardner LLP |

| Witness: Mortimer Hubin | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 348.00 | $3.40 | $1,183.20 |
| Exhibits | 591.00 | $0.30 | $177.30 |
| Realtime Services - Remote Connection | 1.00 | $100.00 | $100.00 |
| Realtime Services | 295.00 | $1.85 | $545.75 |
| Litigation Package-Secure File Suite | 1.00 | $10.00 | $10.00 |

| Notes: | Invoice Total: | $2,016.25 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,016.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice #: | 5545205 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Invoice Date: | 1/31/2022 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | Balance Due: | $2,016.25 |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |