# EXHIBIT 19

**Brown & Jones Reporting - A Veritext Company**
Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Ellis<br>Fish & Richardson PC<br>1717 Main St<br>Suite 5000<br>Dallas, TX, 75201-7321 | Invoice #: | 5577617 |
|---|---|---|---|
| | | Invoice Date: | 2/18/2022 |
| | | Balance Due: | $1,000.00 |

| Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN) | Proceeding Type: Depositions |
|---|---|

Job #: 5033729   |   Job Date: 1/19/2022   |   Delivery: Normal

Location: Chicago, IL
Billing Atty: Michael Ellis
Scheduling Atty: Kevin J. Malaney | Foley & Lardner LLP

| Witness: Mortimer Hubin | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 8.00 | $125.00 | $1,000.00 |
| Notes: | Invoice Total: | | $1,000.00 |
| | Payment: | | $0.00 |
| | Credit: | | $0.00 |
| | Interest: | | $0.00 |
| | Balance Due: | | $1,000.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5577617 |
|---|---|---|---|
| | | Invoice Date: | 2/18/2022 |
| | | Balance Due: | $1,000.00 |

43213