# EXHIBIT 20

**Brown & Jones Reporting - A Veritext Company**
Tel. 414-224-9533  Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Ellis<br>Fish & Richardson PC<br>1717 Main St<br>Suite 5000<br>Dallas, TX, 75201-7321 |
|---|---|

| | |
|---|---|
| Invoice #: | 5552529 |
| Invoice Date: | 2/3/2022 |
| Balance Due: | $1,982.45 |

**Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN)**   **Proceeding Type: Depositions**

Job #: 5033762   |   Job Date: 1/20/2022   |   Delivery: Normal

Location:  Chicago, IL
Billing Atty:  Michael Ellis
Scheduling Atty:  Jeffrey Costakos | Foley & Lardner LLP

| Witness: Florian Matusek | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Medical, Technical or Video | 304.00 | $3.40 | $1,033.60 |
| Exhibits | 357.00 | $0.30 | $107.10 |
| Veritext Virtual Primary Participants | 1.00 | $25.00 | $25.00 |
| Realtime Services - Remote Connection | 1.00 | $100.00 | $100.00 |
| Litigation Package-Secure File Suite | 1.00 | $10.00 | $10.00 |
| Realtime & Rough Services | 257.00 | $2.75 | $706.75 |

Notes:

| | |
|---|---:|
| Invoice Total: | $1,982.45 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,982.45 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454  ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---:|
| Invoice #: | 5552529 |
| Invoice Date: | 2/3/2022 |
| Balance Due: | $1,982.45 |

43213