# EXHIBIT 21

# Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Ellis | Invoice #: | 5935361 |
|---|---|---|---|
| | Fish & Richardson PC | Invoice Date: | 7/27/2022 |
| | 1717 Main St | Balance Due: | $665.00 |
| | Suite 5000 | | |
| | Dallas, TX, 75201-7321 | | |

| Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN) | Proceeding Type: Depositions |
|---|---|

Job #: 5033762   |   Job Date: 1/20/2022   |   Delivery: Normal

Location:          Chicago, IL

Billing Atty:      Michael Ellis

Scheduling Atty:   Jeffrey Costakos | Foley & Lardner LLP

| Witness: Florian Matusek | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 7.00 | $95.00 | $665.00 |

| Notes: | Invoice Total: | $665.00 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $665.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 5935361 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 7/27/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $665.00 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |