EXHIBIT 22

# Brown & Jones Reporting - A Veritext Company

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Michael Ellis
Fish & Richardson PC
1717 Main St
Suite 5000
Dallas, TX, 75201

| | |
|---|---|
| Invoice #: | **6268513** |
| Invoice Date: | **12/30/2022** |
| Balance Due: | **$100.00** |

| Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN) | Proceeding Type: Depositions |
|---|---|

Job #: 5033762  |   Job Date: 1/20/2022  |   Delivery: Expedited

Location:         Chicago, IL

Billing Atty:     Michael Ellis

Scheduling Atty:  Jeffrey Costakos | Foley & Lardner LLP

| Witness: Florian Matusek | | Quantity | Price | Amount |
|---|---|---|---|---|
| | Duplicate Video Processing Fee | 1.00 | $100.00 | $100.00 |

| Notes: | | Invoice Total: | $100.00 |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $100.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Pay by Check - Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
A/C Name:Veritext
Bank Name:BMO Harris Bank
Bank Addr:311 W. Monroe Chicago, IL 60606
Account No:4353454 ABA:071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #: 6268513
Invoice Date: 12/30/2022
Balance Due: $100.00

43213