# EXHIBIT 23



Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.
INVOICE DATE: 5/13/2022
INVOICE #: 2081399
JOB #: 210169
CLIENT MATTER: 46700-0005LL1

| BILL TO: | Fish & Richardson P.C.<br>c/o Michael Ellis<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
|---|---|
| SHIP TO: | Fish & Richardson P.C.<br>c/o Michael Ellis<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| CASE: | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| WITNESS: | Alan Conrad Bovik |
| JOB DATE: | 4/29/2022 |
| LOCATION: | TELEPHONIC, Austin, TX, 78701, US |
| NOTES: | |

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Alan Conrad Bovik** | | | | |
| Original & 1 Certified Transcript | 1 | 291 | $4.95 | $1,440.45 |
| Original Transcript - Evening Pages | 1 | 23 | $2.00 | $46.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Remote Real-time Transcription | 1 | 291 | $1.75 | $509.25 |
| Rough Transcript | 1 | 291 | $1.75 | $509.25 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 1488 | $0.25 | $372.00 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 332 | $1.00 | $332.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Remote Real-time Transcription Connectivity Charge / User | 1 | | $250.00 | $250.00 |
| Reporter Appearance Fee / Session - Video Recorded, Remote | 2 | | $215.00 | $430.00 |
| Reporter Appearance Fee / Evening Session - Video Recorded, Remote | 1 | | $322.50 | $322.50 |
| Remote Video Stream / Zoom | 1 | | $150.00 | $150.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 291 | ($0.25) | ($72.75) |
| | | | SUBTOTAL | $4,288.70 |
| | | | SHIPPING & HANDLING | $50.00 |
| | | | TOTAL | $4,338.70 |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.