# EXHIBIT 24

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/13/2022
**INVOICE #:** 2081400
**JOB #:** 210169
**CLIENT MATTER:** 46700-0005LL1

**BILL TO:** Fish & Richardson P.C.
c/o Michael Ellis
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**SHIP TO:** Fish & Richardson P.C.
c/o Michael Ellis
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**CASE:** Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc.
**WITNESS:** Alan Conrad Bovik
**JOB DATE:** 4/29/2022
**LOCATION:** TELEPHONIC, Austin, TX, 78701, US

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Alan Conrad Bovik** | | | | |
| Certified - MPEG - Complimentary | 1 | 6 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $325.00 | $325.00 |
| Videographer - Additional Hours | 7.5 | | $110.00 | $825.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | | $165.00 | $82.50 |
| | | | SUBTOTAL | $1,232.50 |
| | | | TOTAL | $1,232.50 |

THANK YOU FOR YOUR BUSINESS!
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.