# EXHIBIT 25

**Brown & Jones Reporting - A Veritext Company**
Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | David Conrad<br>Fish & Richardson PC<br>1717 Main St<br>Suite 5000<br>Dallas, TX, 75201-7321 | Invoice #: | 5798002 |
|---|---|---|---|
| | | Invoice Date: | 5/24/2022 |
| | | Balance Due: | $1,178.45 |

**Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN)**   **Proceeding Type: Depositions**

Job #: 5206092   |   Job Date: 5/2/2022   |   Delivery: Normal

Location:          Las Vegas, NV
Billing Atty:      David Conrad
Scheduling Atty:   Kevin J. Malaney | Foley & Lardner LLP

| Witness: Jon B. Halpern , P.E. | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 191.00 | $3.30 | $630.30 |
| Exhibits | 825.00 | $0.24 | $198.00 |
| Realtime Services | 191.00 | $1.65 | $315.15 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,178.45 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $1,178.45 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name: Veritext<br>Bank Name: BMO Harris Bank<br>A/C #: 4353454 ABA: 071000288<br>SWIFT: HATRUS44<br>Pay by Credit Card: www.veritext.com | Invoice #: | 5798002 |
|---|---|---|---|
| | | Invoice Date: | 5/24/2022 |
| | | Balance Due: | $1,178.45 |

43213