# EXHIBIT 27

**Brown & Jones Reporting - A Veritext Company**

Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Michael Ellis
Fish & Richardson PC
1717 Main St
Suite 5000
Dallas, TX, 75201-7321

| | |
|---|---|
| Invoice #: | 5791842 |
| Invoice Date: | 5/20/2022 |
| Balance Due: | $2,017.66 |

**Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN)**   **Proceeding Type: Depositions**

Job #: 5209312   |   Job Date: 5/3/2022   |   Delivery: Normal

Location: Milwaukee, WI
Billing Atty: Michael Ellis
Scheduling Atty: Jeffrey Costakos | Foley & Lardner LLP

| Witness: Eli Saber, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 353.00 | $3.30 | $1,164.90 |
| Exhibits | 1691.00 | $0.11 | $186.01 |
| Realtime Services | 295.00 | $1.65 | $486.75 |
| Veritext Virtual Primary Participants | 1.00 | $45.00 | $45.00 |
| Realtime Services - Remote Connection | 1.00 | $100.00 | $100.00 |
| Litigation Package-Secure File Suite | 1.00 | $20.00 | $20.00 |
| Electronic Delivery and Handling | 1.00 | $15.00 | $15.00 |

| | |
|---|---|
| Invoice Total: | $2,017.66 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,017.66 |

Notes:

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Pay by Check - Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
A/C #: 4353454 ABA: 071000288
SWIFT: HATRUS44
Pay by Credit Card: www.veritext.com

| | |
|---|---|
| Invoice #: | 5791842 |
| Invoice Date: | 5/20/2022 |
| Balance Due: | $2,017.66 |

43213