# EXHIBIT 28

**TSG REPORTING**
Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/17/2022
**INVOICE #:** 2081925
**JOB #:** 210346
**CLIENT MATTER:** 46700-0005LL1

**BILL TO:** Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**SHIP TO:** Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**CASE:** Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc.
**WITNESS:** Philip Green
**JOB DATE:** 5/4/2022
**LOCATION:** 777 East Wisconsin Avenue, Milwaukee, WI, 53202, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Philip Green** | | | | |
| Original & 1 Certified Transcript | 1 | 163 | $4.95 | $806.85 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Local Real-time Transcription | 1 | 163 | $1.75 | $285.25 |
| Rough Transcript | 1 | 163 | $1.75 | $285.25 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 929 | $0.25 | $232.25 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 65 | $1.00 | $65.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Hour - Video Recorded, Remote | 5.5 | | $80.00 | $440.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 163 | ($0.25) | ($40.75) |
| | | | SUBTOTAL | $2,073.85 |
| | | | TOTAL | $2,073.85 |

THANK YOU FOR YOUR BUSINESS!
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.