# EXHIBIT 29

# TSG
## REPORTING

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

Invoice Issued by TSG Reporting, Inc.

**INVOICE DATE:** 5/17/2022
**INVOICE #:** 2081926
**JOB #:** 210346
**CLIENT MATTER:** 46700-0005LL1

**BILL TO:**     Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**SHIP TO:**     Fish & Richardson P.C.
c/o David Conrad
1717 Main Street, Suite 5000
Dallas, TX 75201 US

**CASE:**        Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc.
**WITNESS:**     Philip Green
**JOB DATE:**    5/4/2022
**LOCATION:**    777 East Wisconsin Avenue, Milwaukee, WI, 53202, US

**NOTES:**

| SHIP VIA | - | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Philip Green** | | | | |
| Certified - MPEG - Complimentary | 1 | 4 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job | 1 | | $345.00 | $345.00 |
| Videographer - Additional Hours | 4.5 | | $135.00 | $607.50 |
| | | | SUBTOTAL | $952.50 |
| | | | TOTAL | $952.50 |

**THANK YOU FOR YOUR BUSINESS!**
**Please make all checks payable to: TSG Reporting Inc.**
**Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708**
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.