# EXHIBIT 30

# TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**

**INVOICE DATE:** 5/19/2022
**INVOICE #:** 2081987
**JOB #:** 210357
**CLIENT MATTER:** 46700-0005LL1

| | |
|---|---|
| **BILL TO:** | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **SHIP TO:** | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **CASE:** | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| **WITNESS:** | Dr. Daniel van der Weide |
| **JOB DATE:** | 5/6/2022 |
| **LOCATION:** | 150 East Gilman Street, Suite 5000, Madison, WI, 53703-1482, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Pages | Rate | Amount |
|---|---|---|---|---|
| **Dr. Daniel van der Weide** | | | | |
| Original & 1 Certified Transcript | 1 | 114 | $4.95 | $564.30 |
| Original Transcript - Early AM Pages | 1 | 24 | $2.00 | $48.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | | $55.00 | $0.00 |
| Local Real-time Transcription | 1 | 114 | $1.75 | $199.50 |
| Rough Transcript | 1 | 114 | $1.75 | $199.50 |
| Exhibit Processing - Scanned & Hyperlinked - B&W | 1 | 1582 | $0.25 | $395.50 |
| Exhibit Processing - Scanned & Hyperlinked - Color | 1 | 65 | $1.00 | $65.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | | $45.00 | $0.00 |
| **Other Services** | | | | |
| Reporter Appearance Fee / Hour - Video Recorded | 4 | | $60.00 | $240.00 |
| Reporter Appearance Fee / Early AM Hour - Video Recorded | 1 | | $90.00 | $90.00 |
| **Discounts** | | | | |
| Certified Transcript Sold Discount | 1 | 114 | ($0.25) | ($28.50) |
| | | | SUBTOTAL | $1,773.30 |
| | | | SHIPPING & HANDLING | $40.00 |
| | | | TOTAL | $1,813.30 |
| | | | AMOUNT PAID | In Full |

THE SHIPPING CHARGE REFLECTS THE TOTAL COST OF ALL SHIPMENTS FOR YOUR ORDER ON THIS JOB.

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.