# EXHIBIT 31

# TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

**Invoice Issued by TSG Reporting, Inc.**

**INVOICE DATE:** 5/19/2022
**INVOICE #:** 2081988
**JOB #:** 210357
**CLIENT MATTER:** 46700-0005LL1

| | |
|---|---|
| **BILL TO:** | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **SHIP TO:** | Fish & Richardson P.C.<br>c/o David Conrad<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 US |
| **CASE:** | Sensormatic Electronics, LLC v. Genetec (USA) Inc. and Genetec Inc. |
| **WITNESS:** | Dr. Daniel van der Weide |
| **JOB DATE:** | 5/6/2022 |
| **LOCATION:** | 150 East Gilman Street, Suite 5000, Madison, WI, 53703-1482, US |

**NOTES:**

| SHIP VIA | Overnight | TERMS | Net 30 |
|---|---|---|---|

| Services | Qty | Media | Rate | Amount |
|---|---|---|---|---|
| **Dr. Daniel van der Weide** | | | | |
| Certified - MPEG - Complimentary | 1 | 5 | $50.00 | $0.00 |
| **Other Services** | | | | |
| Videographer - Set Up & 1st Hour of Job - Early AM Rate | 1 | | $517.50 | $517.50 |
| Videographer - Additional Hours | 3.5 | | $135.00 | $472.50 |
| Videographer - Add'l Hours - Early AM Rate | 0.5 | | $202.50 | $101.25 |
| | | | SUBTOTAL | $1,091.25 |
| | | | TOTAL | $1,091.25 |
| | | | AMOUNT PAID | In Full |

**THANK YOU FOR YOUR BUSINESS!**
Please make all checks payable to: TSG Reporting Inc.
Remit by Mail to: TSG Reporting Inc. PO Box 95568 Grapevine, TX 76099-9708
**Federal ID # 41-2085745**
For prompt payment processing, please include the invoice # with your check.
All balances in arrears will be assigned a late fee of 1.5% per month, not exceeded the legal limit.
If you have any questions, please call TSG.