# EXHIBIT 33

**Brown & Jones Reporting - A Veritext Company**
Tel. 414-224-9533 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Michael Ellis
Fish & Richardson PC
1717 Main St
Suite 5000
Dallas, TX, 75201-7321

| | |
|---|---|
| Invoice #: | 5801414 |
| Invoice Date: | 5/25/2022 |
| Balance Due: | $475.00 |

**Case: Sensormatic Electronics, LLC v. Genetec (USA) Inc., Et Al. (20-760-MN)**  **Proceeding Type: Depositions**

Job #: 5205329  |  Job Date: 5/10/2022  |  Delivery: Normal

Location: San Diego, CA
Billing Atty: Michael Ellis
Scheduling Atty: Kadie Jelenchick | Foley & Lardner LLP

| Witness: Nisha Mody , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $95.00 | $475.00 |

| | | |
|---|---|---|
| Notes: | Invoice Total: | $475.00 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $475.00 |

TERMS:  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Pay by Check - Remit to: | Pay By ACH (Include invoice numbers): | Invoice #: | 5801414 |
|---|---|---|---|
| Veritext | A/C Name: Veritext | Invoice Date: | 5/25/2022 |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | Balance Due: | $475.00 |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | | |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

43213