# EXHIBIT 34



40 Court Street
2nd Floor
Boston, MA
02108

# Invoice

| Date | Invoice # |
|---|---|
| 11/30/2021 | 2111226 |

| Terms | Due Date |
|---|---|
| Net 30 | 12/30/2021 |

| Bill To |
|---|
| Fish & Richardson<br>One Marina Park<br>Boston, MA 02210 |

| Project Received | Project # | Client Matter # |
|---|---|---|
| 11/29/2021 | 2111-2200 | 47600-00005LL1 |
| **Case Name** | **Reference #** | **Contact Name** |
|  |  | Tara Conway |

| Description | Qty | Unit Price | Amount |
|---|---:|---:|---:|
| B&W- Litigation Printing W/document assembly | 8,028 | 0.14 | 1,123.92T |
| Color-Litigation Printing | 4,974 | 0.79 | 3,929.46T |
| Custom Folders | 78 | 1.75 | 136.50T |
| Afterhours Delivery | 1 | 75.00 | 75.00 |
| Sales Tax |  | 6.25% | 324.37 |

Thank you for your business.

A 1.5% late fee will be applied on past due balances

Tax ID # 26-2053106

| | |
|---|---:|
| **Total** | $5,589.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,589.25 |