# EXHIBIT 35

Quantum LS LLC

626 N Broadway
Milwaukee, WI
53202
Tax ID# 20-8990717



# Invoice

| Phone # | Fax # |
|---|---|
| 414-727-4608 | 414-727-4469 |

| Date | Invoice # |
|---|---|
| 5/6/2022 | 2205049 |
| Job Number | 2205046 |

**Bill To**
Fish & Richardson P.C.
1717 Main St
Suite 5000
Dallas, TX 75201

**Ship To**
Fish & Richardson P.C.
1717 Main St
Suite 5000
Dallas, TX 75201

| Matter Number | Terms | Rep | Ship | Project | Ordered By |
|---|---|---|---|---|---|
| 47600-0005LL1 | Net 30 | HS | 5/6/2022 | | Elizabeth Poppell |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 15,163 | 8 1/2 x 11 B/W Printing | 0.10 | 1,516.30T |
| 3,312 | Color Printing | 0.85 | 2,815.20T |
| 60 | Custom Tabs | 1.00 | 60.00T |
| 180 | Index Tabs | 0.45 | 81.00T |
| 14 | GBC Binding | 3.50 | 49.00T |
| 93 | Custom Folders | 2.50 | 232.50T |
| 2 | 2" Binders | 10.00 | 20.00T |
| | Sales Tax | 5.50% | 262.57 |

Service charge of 1.5% per month will be charged on all invoices unpaid after 60 days.

Thank you for your business.

**Signature**

**Total** $5,036.57