IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SENSORMATIC ELECTRONICS, LLC,   )
   )
         Plaintiff,   )
   )
      v.   )   C.A. No. 20-760-GBW
   )
GENETEC (USA) INC. and GENETEC   )
INC.,   )
   )
        Defendants.   )

## STIPULATION TO EXTEND TIME

WHEREAS, pursuant to D.I. 282, the parties are to confer and advise the Court regarding certain matters related to attorneys' fees to be awarded to Defendants pursuant to D.I. 276; and

WHEREAS, as set forth in the contemporaneously-filed Joint Status Report (D.I. 287), the parties are still discussing such matters, and respectfully request additional time to do so, including before Sensormatic Electronics, LLC ("Sensormatic") files a response, if any, to D.I. 280 (and 281), which is currently due May 24, 2024 (D.I. 282).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that:

1.      The parties shall continue their discussions and, by June 7, 2024, attempt to reach agreement regarding the matters set forth in the Court's May 8, 2024 Oral Order (D.I. 282).

2.      The parties shall file a further Joint Status Report regarding such matters on June 10, 2024.

3.      If needed, Sensormatic shall file its response to D.I. 280-81 within five (5) business days of the filing of the further Joint Status Report (*i.e.*, June 17, 2024).

Dated: May 22, 2024

YOUNG CONAWAY STARGATT                   FISH & RICHARDSON P.C.
  & TAYLOR, LLP

*/s/ Anne Shea Gaza*                          */s/ Jeremy D. Anderson*
Anne Shea Gaza (No. 4093)                    Jeremy D. Anderson (No. 4515)
Samantha G. Wilson (No. 5816)                222 Delaware Ave., 17th Floor
1000 North King Street                       Wilmington, DE 19801
Wilmington, DE 19801                         (302) 652-5070
(302) 571-6600                               janderson@fr.com
agaza@ycst.com
swilson@ycst.com                             *Of Counsel:*

*Of Counsel:*                                Neil J. McNabnay
                                             David B. Conrad
Kadie M. Jelenchick                          Ricardo J. Bonilla
Kevin J. Malaney                             Michael R. Ellis
FOLEY & LARDNER LLP                          1717 Main Street, Suite 5000
777 East Wisconsin Avenue                    Dallas, TX 75201
Milwaukee, WI 53202-5306                     (214) 747-5070
(414) 271-2400
                                             *Attorneys for Defendants*
Daniel P. Flaherty                           *Genetec (USA) Inc. and Genetec Inc.*
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
(312) 832-4500

*Attorneys for Plaintiff*
*Sensormatic Electronics, LLC*


**SO ORDERED this ___ day of _____, 2024.**


_____
THE HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE

2